NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1583

### SENSORMATIC ELECTRONICS CORPORATION,

Plaintiff-Appellant,

v.

### WG SECURITY PRODUCTS, INC. and EAS SENSORSENSE, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Texas in case no. 04-CV-0167, Judge T. John Ward.

ON MOTION

## ORDER

Upon consideration of WG Security Products, Inc. and EAS Sensorsense, Inc.'s unopposed motion for a 30-day extension of time, until May 28, 2010, to file their principal brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

APR 2 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Robert R. Waters, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 3 2010

JAN HORBALY
CLERK